No. 341. MOSHER *v.* WAYLAND ET AL. October 8, 1945. *Per Curiam:* The appeal is dismissed for want of a properly presented federal question. *Whitney* v. *California,* 274 U. S. 357, 360, and cases cited. Appellant *pro se. Messrs. Charles L. Strouss* and *Frank L. Snell* for appellees.

No. 368. MADISON AVENUE OFFICES, INC. *v.* BROWNE ET AL. October 8, 1945. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Rapid Transit Corp.* v. *New York,* 303 U. S. 573, 577–578, 582–583; *Carmichael* v. *Southern Coal Co.,* 301 U. S. 495, 509–513. *Mr. Harold J. Treanor* for appellant. *Nathaniel L. Goldstein,* Attorney General of New York, *Orrin G. Judd,* Solicitor General, and *Wendell P. Brown,* First Assistant Attorney General, for appellees. See 294 N. Y. 811, 62 N. E. 2d 241.

No. 369. MACDONALD ET AL., EXECUTORS, *v.* BROWNE ET AL. October 8, 1945. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Rapid Transit Corp.* v. *New York,* 303 U. S. 573, 577–578, 582–583; *Carmichael* v. *Southern Coal Co.,* 301 U. S. 495, 509–513. *Mr. Harold J. Treanor* for appellants. *Nathaniel L. Goldstein,* Attorney General of New York, *Orrin G. Judd,* Solicitor General, and *Wendell P. Brown,* First Assistant Attorney General, for appellees. See 294 N. Y. 263, 62 N. E. 2d 63.